UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 7 CASE

Donald V. Jones                           CASE NO. 10-48749
Judy A Jones
           Debtors.                  ORDER

This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

It is ordered:

1. The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated August 20, 2004, executed by Donald V Jones and Judith A Jones husband and wife , recorded on November 09, 2004, as Document No. 8472467, covering real estate located in Hennepin County, Minnesota, legally described as:

> Lot 5 Block 2 Gina Marie Hennepin County Minnesota
> And commonly known as 6224 W 96th Street, Bloomington, Minnesota 55438-1721

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:    March 3, 2011.

                                                           /e/ Nancy C. Dreher
                                                           United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/04/2011
Lori Vosejpka, Clerk, by KK